**Otis N. LaBarence, appellee, v. Elgin, Joliet & Eastern Railway Company, appellant. Gen. No. 30,989.**

Suit for personal injuries to employee under Employers' Liability Act. Judgment for plaintiff. Appeal from the City Court of Chicago Heights; the Hon. Lee W. Carrier, Judge, presiding. Heard in the second division of this court for the first dstrict at the March term, 1926. Affirmed. Opinion filed December 21, 1926.

Knapp & Campbell, for appellant; Joseph L. Earlywine, Abbott, Hood & Smith and Paul R. Conaghan, of counsel. H. H. Patterson, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Tom G. Roumbos, administrator of the estate of Marie Roumbos, appellee, v. City of Chicago, appellant. Gen. No. 31,061.**

Action under Injuries Act to recover for negligently causing death of child. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. John A. Swanson, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Affirmed. Opinion filed December 21, 1926.

Francis X. Busch, Corporation Counsel, and John J. Kelly, City Attorney, for appellant; Daniel V. Gallery, Assistant Corporation Counsel, of counsel. Charles C. Spencer, Arthur A. House, Albert Schaffner and Emanuel G. Coliopoulos, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Ethel N. Morse, appellant, v. Walter H. Morse et al., defendants. Edward J. Stevens and Union Trust Company, appellees. Gen. No. 31,071.**

Bill to charge husband's income from spendthrift trust with alimony for wife and child under foreign decree. Dismissed on demurrer. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Affirmed. Opinion filed December 21, 1926.

Richard S. Folsom, for appellant. B. F. Langworthy and James McKeag, for appellees; James McKeag, of counsel.

Mr. Justice Barnes delivered the opinion of the court.